ORDERED UNSEALED on 6/27/25 s/ andreasar

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO EMILIO ACEVEDO,<br>Defendant. | Case No.: **25MJ319**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm; and<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition<br>(Felony) |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about January 07, 2025, within the Southern District of California, defendant Mario Emilio Acevedo, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded semi-automatic 9mm Smith & Wesson, model SW9VE handgun; in violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

//

//

//

//

//

COUNT TWO

On or about January 07, 2025, within the Southern District of California, defendant Mario Emilio Acevedo, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: nineteen rounds of 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

VALERIE F HOFER Digitally signed by VALERIE F HOFER Date: 2025.01.22 15:20:17 -08'00'

VALERIE HOFER,
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 23rd day of January 2025.

Barbara L. Major

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On January 7th, 2025, San Diego Sheriff's Office deputies were patrolling near Lemon Grove Park, within the Southern District of California. This area is known for its high crime rate and frequent narcotics use in vehicles.

At approximately 7:10 am, a deputy observed a black Hyundai Sonata ("the vehicle") parked across from 2210 Washington Street, Lemon Grove, California. The vehicle's driver side window was rolled down. An individual, later identified as Mario Emilio Acevedo ("Defendant"), was in the driver's seat and appeared to have his head tilted back with his eyes closed. Suspecting possible drug use or an overdose, the deputy contacted Defendant for a welfare check. Defendant exhibited suspicious behavior as he appeared angry, stared straight ahead, avoided eye contact, and did not verbally respond. Thereafter, when asked whether Defendant was the registered owner of the vehicle, Defendant nodded in confirmation. Records checks confirmed that Defendant was on probation for a prior felony conviction, which included a search waiver.

While the deputy conducted records checks, another deputy arrived and recognized Defendant from prior contact. The first deputy confirmed Defendant was on county probation with a valid 4th amendment waiver, which Defendant confirmed. Defendant stepped out of the vehicle at the first deputy's request. The deputies conducted a pat-down of Defendant and his vehicle based on their belief that he may be under the influence of drugs, their concern for officer and community safety, and based on his probation search waiver.

During a search of Defendant's vehicle, deputies located a Smith & Wesson 9mm handgun, model SW9VE, under the driver's seat with one round in the chamber and no magazine inserted. Deputies also found a Smith & Wesson magazine loaded with 15 rounds of 9mm ammunition on the front passenger seat and three loose 9mm rounds inside the passenger door panel.

A probation officer confirmed Defendant was on probation and has a felony conviction. Defendant has the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 09/11/2023 | CASO – San Diego | Cal. P.C. § 459 – Burglary: Second Degree (Felony) | 365 Days Jail, 2 years' probation, condition of probation – Searchable/Firearm |
| 02/26/2024 | CASO – San Diego | Cal. V.C. § 2800.2 – Evade Peace Officer: Disregard Safety (Felony) | Unknown |

The firearms and ammunition were seized and inspected. Preliminary checks revealed they were not manufactured in California and, therefore, were shipped or transported to California from another state.

## REQUEST FOR SEALING

It is requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.